IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN LLOYD HOLMES                                                                                    PLAINTIFF

        v.                    Civil No. 6:10-cv-6032

CAPTAIN MEL STEED;
JAIL NURSE, Garland County
Detention Center; and
SGT. DUNN                                                                                            DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      Plaintiff, John Lloyd Holmes, filed this civil rights action pursuant to 42 U.S.C. § 1983. At the time he filed this case, he was incarcerated in the Garland County Detention Center (Doc. 1). Several changes of addresses were entered in this case but the most recent indicates Plaintiff is incarcerated in the Randall L. Williams Correctional Facility of the Arkansas Department of Correction (Doc. 9).

      On July 11, 2011, Defendants filed a motion to dismiss (Doc. 19). In the motion, they indicate all mail they have sent the Plaintiff has been returned with a notation that he was paroled.

      Plaintiff has not provided the Court with his new address. When he filed the case, Plaintiff was advised that it was his obligation to keep the Court informed of any changes in his address (Doc. 3). If he failed to do so, Plaintiff was told the case would be subject to dismissal.

      I therefore recommend that the motion to dismiss (Doc. 19) be granted and this case dismissed without prejudice. Fed. R. Civ. P. 41(b).

      **The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties**

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 25th day of July 2011.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)