```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

JOHN LLOYD HOLMES                                          PLAINTIFF

    V.                        Civil No. 10-6032

CAPTAIN MEL STEED; JAIL NURSE,
Garland County Detention Center and
SGT. DUNN                                                 DEFENDANTS

O R D E R

On this 29th day of August 2011, there comes on for consideration the report and recommendation filed in this case on July 25, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 21).  No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge